SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 JUL 21 PM 12: 22

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL J. LLOYD, a/k/a Dirty<br><br>Defendant. | 4:15CR3067<br><br>INDICTMENT<br>21 U.S.C. § 846 |

The Grand Jury charges that

## COUNT I

Between on or about January 21, 2015, and on or about February 25, 2015, in the District of Nebraska, the defendant, DANIEL J. LLOYD, also known as Dirty, knowingly and intentionally combined, conspired, confederated and agreed with other persons, to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21 U.S. Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL.

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney
District of Nebraska

1

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
BRUCE W. GILLAN
Assistant U.S. Attorney